Filed 4/8/25  In re R.G. CA2/8

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION EIGHT

| | |
|---|---|
| In re R.G., a Person Coming Under the Juvenile Court Law. | B338267 |
| THE PEOPLE,　　Plaintiff and Respondent,　　v.　R.G.,　　Defendant and Appellant. | (Los Angeles County Super. Ct. No. LB0251A) |

APPEAL from orders of the Superior Court of Los Angeles County.  John C. Lawson II, Judge.  Affirmed.

Kristen Owen, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

_____

When R.G. was 15 years old, the People filed a delinquency petition under Welfare and Institutions Code section 602, alleging R.G. was a minor in possession of a firearm under Penal Code section 29610, subdivision (a), which is a misdemeanor. At a jurisdictional hearing held on May 21, 2024, the juvenile court sustained the petition. R.G. appealed.

We utilize the procedure defined in *People v. Wende* (1979) 25 Cal.3d 436, for juvenile justice cases such as this one. (*In re Kevin S.* (2003) 113 Cal.App.4th 97, 100.) We appointed counsel to represent R.G. on appeal on October 7, 2024. On December 6, 2024, R.G.'s appellate counsel filed a brief, which raised no issues on appeal and requested this court conduct an independent review of the record under *People v. Wende.* On December 9, 2024, we advised R.G. that he had 30 days to submit a supplemental brief stating any grounds for appeal or arguments that he wished for this court to consider. R.G. did not submit a supplemental brief.

At the jurisdictional hearing, the People presented evidence in support of their allegations. Nathan Millward testified that on August 27, 2023 at 6:00 p.m., he was working at the Del Amo Fashion Center in Torrance, California, when he heard gun shots. After the gunshots, he noticed R.G. with a black semi-automatic pistol. R.G. was within arm's reach of Millward when Millward saw the gun. Millward followed R.G. Thereafter, Millward pointed a police officer toward R.G. and watched as R.G. and his friends were arrested. While he was being arrested, R.G. threw the gun under a Toyota Prius.

Ana Davila, a police officer for Redondo Beach, testified. Davila was on Carson Street and Del Amo Circle East on August 27, 2023 at 6:00 p.m. Millward flagged her down and

2

pointed her to a male, saying that the male fired a shot. Davila followed the male, who she later identified as R.G., to a parking lot and detained him and four others. Police located a Smith and Wesson semi-automatic firearm under a Toyota Prius less than five feet from R.G. Davila did not know how the firearm was placed under the car, and did not know how long it had been there. Davila's partner recovered the firearm.

After the People rested, the defense moved to dismiss R.G.'s petition for insufficient evidence, and the trial court denied the motion. The defense rested without offering witnesses.

The trial court found the allegations true beyond a reasonable doubt and sustained the petition. The trial court placed R.G. on home probation with additional conditions.

We have examined the record and are satisfied R.G.'s appellate attorney has fully complied with the responsibilities of counsel and no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 119; *People v. Wende*, *supra*, 25 Cal.3d at p. 441.)

## DISPOSITION

The judgment is affirmed.

VIRAMONTES, J.

WE CONCUR:

GRIMES, Acting P. J.

WILEY, J.